# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRICK P. HOUSTON, JR.,
Petitioner,
vs.
HIGH DESERT STATE PRISON;
WARDEN DWIGHT NEVEN; AND
CASE WORKER VENNEMAN,
Respondents.

No. 70442

FILED

SEP 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus challenging the prison's classification and level assessment. Petitioner further challenges a prison lockdown and the deprivation of various privileges. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:     Brick P. Houston, Jr.
        Attorney General/Carson City

16-28842